**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00455-CR

**CHLOE A. MENAGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-00143-X**

## ORDER

The Court is in receipt of the *Anders* brief filed by counsel. Although the brief references that the case proceeded to trial on appellant's guilty plea to the jury, the brief does not discuss voir dire and why no arguable issues can be raised from voir dire. The brief also asserts that because the plea was to a jury, issues of article 26.13 of the code of criminal procedure are "not germane" to appellant's trial or any potential appeal. However, the admonishments required by article 26.13 apply to guilty pleas, regardless of whether there is a plea agreement, and regardless of whether the plea is to the court or a jury. *See VanNortrick v. State*, 227 S.W.3d 706, 708 (Tex. Crim. App. 2007) (citing *Anderson v. State*, 182 S.W.3d 914, 917–18 (Tex. Crim. App. 2006)); *Burnett v. State*, 88 S.W.3d 633, 634 (Tex. Crim. App. 2002); Therefore, we conclude the brief filed by counsel does not comply with the requirements of *Anders v. California*.

Accordingly, we **DENY** appellant's October 7, 2014 motion to extend time to file the brief. We **STRIKE** the *Anders* brief filed on October 12, 2014. We **DENY** as moot the motion to withdraw as counsel filed with the brief.

We **ORDER** counsel to file, within **THIRTY DAYS** of the date of this order, either a brief raising issues on the merits or an amended *Anders* brief that addresses the issues identified above and all remaining portions of the proceedings not previously addressed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Niles Illich and the Dallas County District Attorney's Office.

/s/     LANA MYERS
             JUSTICE